DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
11 JUNE 2014

| 554P13 | Robert Anthony Coats v. N.C. Department of Health and Human Services, O'Berry Neuro-Medical Treatment Center | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA13-275) | Denied |
|--------|--------|--------|--------|
| 559PA11-3 | State v. Bruce Lee Griffin | 1. Def's *Pro Se* Motion for Appropriate Relief<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot<br><br>**Beasley, J., recused** |
| 568A03-2 | State v. Larry Stubbs | 1. Def's NOA Based Upon a Dissent (COA13-174)<br><br>2. Def's NOA Based Upon a Constitutional Question<br><br>3. Def's PDR as to Additional Issues<br><br>4. State's Motion to Dismiss Appeal | 1. —<br><br>2. —<br><br>3. Denied<br><br>4. Allowed |